claims to this Court.[2]  The Eleventh Circuit has squarely and consistently rejected the Fifth Circuit's approach, see, *e. g., Ross* v. *Kemp*, 756 F. 2d 1483, 1487–1488 (CA5 1985) (en banc), thereby creating a clear split of authority on the question presented.  Accordingly, I would vote to stay Francois' execution until *Cabana* v. *Bullock* is decided, or, at the very least, until we can consider Francois' claim with the record of his trial before us.

I dissent.

No. D–478.   IN RE DISBARMENT OF HAILEY.   Disbarment entered.   [For earlier order, herein, see 470 U. S. 1047.]

No. D–487.   IN RE DISBARMENT OF TABMAN.   Disbarment entered.   [For earlier order herein, see 470 U. S. 1081.]

No. 102, Orig.   INDIANA *v.* UNITED STATES ET AL.   Motion to amend the proposed complaint granted.   Motion for leave to file bill of complaint denied.   [For earlier order herein, see *ante,* p. 1002.]

No. 84–773.   BENDER ET AL. *v.* WILLIAMSPORT AREA SCHOOL DISTRICT ET AL.   C. A. 3d Cir.   [Certiorari granted, 469 U. S. 1206.]   Motion of respondents for divided argument to permit American Jewish Congress to present oral argument as *amicus curiae* denied.

No. 84–1044.   PACIFIC GAS & ELECTRIC CO. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL.   Appeal from Sup. Ct. Cal.   [Probable jurisdiction noted, 470 U. S. 1083.]   Motion of the parties to dispense with printing the joint appendix granted.

No. 84–1361.   UNITED STATES *v.* LOUD HAWK ET AL.   C. A. 9th Cir.   [Certiorari granted, *ante,* p. 1014.]   Motions for appointment of counsel granted, and it is ordered that Kenneth Saul

---

[2] Francois' first state and federal habeas corpus petitions were filed in November 1982.  After the Eleventh Circuit denied Francois relief on his first habeas petition, *Francois* v. *Wainwright*, 741 F. 2d 1275 (1984), his appellate counsel abandoned him and no petition for certiorari was filed.  Because Florida did not recognize *Enmund* claims as cognizable on collateral review until 1984, the District Court rejected the State's claim that Francois' presentation of his intent claim in a second petition for habeas corpus constituted an abuse of the writ.  *Francois* v. *Wainwright*, No. 85–1918, pp. 4–5 (SD Fla. May 23, 1985).

Stern, Esquire, of Milwaukie, Ore., be appointed to serve as counsel for respondents in this case.

No. 84–6649.   IN RE MAGEE.   Petition for writ of habeas corpus denied.

No. 84–1538.   FISHER ET AL. v. CITY OF BERKELEY, CALIFORNIA, ET AL.   Appeal from Sup. Ct. Cal.   Motions of California Association of Realtors and California Building Industry Association for leave to file briefs as *amici curiae* granted.   Probable jurisdiction noted limited to Question 1 presented by the statement as to jurisdiction.   Appeal as to Question 2 presented by the statement as to jurisdiction is dismissed for want of a substantial federal question.

No. 84–1580.   UNITED STATES v. INADI.   C. A. 3d Cir.   Certiorari granted.

No. 84–1586.   MALLEY ET AL. v. BRIGGS ET AL.   C. A. 1st Cir.   Certiorari granted.

No. 84–1531.   MICHIGAN v. JACKSON; and
No. 84–1539.   MICHIGAN v. BLADEL.   Sup. Ct. Mich.   Motions of respondents for leave to proceed *in forma pauperis* granted.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: 421 Mich. 39, 365 N. W. 2d 56.

No. 84–1141.   HOLLAND ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 84–1319.   DENSMORE v. CITY OF BOCA RATON, FLORIDA, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–1376.   GRIM HOTEL CO. ET AL. v. BROCK, SECRETARY OF LABOR, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–1385.   WRIGHT v. PARKE, WARDEN.   C. A. 6th Cir.   Certiorari denied.